**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

Case No. 21-14376-SMG

SOREL FENELON
Chapter 13

Debtor.

_____/

## STIPULATION FOR SUBSTITUTION OF COUNSEL
### RELIEF REQUESTED WITHOUT A HEARING

**IT IS HEREBY** stipulated by and between the undersigned law firms, with the consent of the above Client, that Johnson Angel D'Souza, Esq., and Johnson A. D'Souza, P.A., shall be substituted in the place of Elias Leonard Dsouza, Esq., Kenneth Edward Walton, Esq., and Dsouza & Walton Law Group, P.A., as attorney of record for the above Debtor, in the above-styled case.

Johnson Angel D'Souza, Esq.
Johnson A. D'Souza, P.A.
5214 SW 91st Ave, Suite # 4
Cooper City, Florida
Tel.: (786) 479-8575
Email: johnsondsouzalaw@gmail.com

Elias Leonard Dsouza, Esq.
Kenneth Edward Walton, Esq.
Dsouza & Walton Law Group
950 South Pine Island Road, Suite # A-150
Plantation, FL 33324
Tel.: (954) 358-5911
Email: kenneth@dsouzalegal.com,
elias@dsouzalegal.com

/s/ Johnson Angel D'Souza
Johnson Angel D'Souza, Esq.
Florida Bar No. 1049213

/s/ Kenneth Edward Walton, /s/ Elias Leonard Dsouza
Elias Leonard Dsouza, Esq., Kenneth Edward Walton, Esq.
Florida Bar No. 399477. 183997

## **CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of the Stipulation for Substitution of Counsel on all parties registered on ECF via ECF only, and on the following interested parties in the manner described below, on this **4ᵗʰ** day of June, 2026.

Kenneth Edward Walton, Esq., prior counsel for Debtor (via email)

Elias Leonard Dsouza, Esq., prior counsel for Debtor (via email)

Sorel Fenelon, Debtor (via email)