**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:                                                           Case No: 21-14376-SMG
                                                                     Chapter 13
SOREL FENELON


     Debtor.

_____/

**DEBTOR'S MOTION TO DEEM MORTGAGE WITH U.S. BANK TRUST NATIONAL**
**ASSOCIATION CURRENT AS OF MAY 2026**

COMES NOW Debtor, SOREL FENELON, by and through his undersigned counsel, and files this Motion to Deem Mortgage with U.S. Bank Trust National Association, current as of May 2026, and as grounds, states as follows:

1.      Debtor filed a proceeding under Chapter 13 of the Bankruptcy Code on May 3, 2021 and made monthly plan payments through the Chapter 13 Trustee to U.S. Bank Trust National Association.

2.      Under the Seventh Modified Plan [DE # 76] and the various notice of mortgage payment changes, U.S. Bank Trust National Association is owed a total of $159,664.16 for monthly maintenance payments and $201,461.47 in arrears.

3.      Pursuant to the Trustee's ledger and the Trustee's Notice of Disbursements [DE # 87], the Debtor has paid, and the Trustee has disbursed a total of $164,939.00 in maintenance payments and $201,461.47 in arrears payments to U.S. Bank Trust National Association.

4.      Accordingly, the Debtor seeks an Order that the mortgage with U.S. Bank Trust National Association on homestead property located at 4109 NW 78th Way, Coral Springs, FL 33065 is current as of May 2026.

**WHEREFORE**, Debtor, SOREL FENELON, respectfully requests the entry of an Order be entered deeming the mortgage with U.S. Bank Trust National Association, is current as of May 2026, and for any other relief deemed just and proper in the circumstances.

Respectfully submitted on this **4th** day of June, 2026.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via ECF and U.S. Mail on this **4th** day of June, 2026 to all parties listed below:

1. Chapter 13 Trustee [Via ECF only].
2. U.S. Bank Trust National Association and/or Fay Servicing, LLC, c/o Edward J. Fay, Manager, 5426 Bay Center Dr., Suite 300, Tampa, FL 33609 [via U.S. Mail].
3. U.S. Bank Trust National Association and/or Fay Servicing, LLC r/a Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301 [via U.S. Mail].

**JOHNSON A. D'SOUZA, P.A.**
5214 SW 91st Ave, Suite # 4
Cooper City, Florida 33328
(786) 479-8575 (Telephone)
Email for State Court Pleadings:
johnsondsouzalaw@gmail.com

By: **/s/ Johnson Angel D'Souza**
Johnson Angel D'Souza, Jr., Esq.
Florida Bar No. 1049213
Email: johnsondsouzalaw@gmail.com