**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

SOREL FENELON                                      Case No.: 21-14376-SMG
                                                   Chapter 13

         Debtor.

_____/

**CERTIFICATE OF SERVICE OF NOTICE OF HEARING ON MOTION TO DEEM**
**MORTGAGE CURRENT [DE # 90]**

         I HEREBY CERTIFY that I have served a true and correct copy of the Notice of Hearing on Motion to Deem Mortgage Current [DE # 90] on all parties registered on ECF via ECF only, and all other parties below in the manner described, on the **4th** day of June, 2026.

1. Chapter 13 Trustee [Via ECF only].
2. U.S. Bank Trust National Association and/or Fay Servicing, LLC, c/o Edward J. Fay, Manager, 5426 Bay Center Dr., Suite 300, Tampa, FL 33609 [via U.S. Mail].
3. U.S. Bank Trust National Association and/or Fay Servicing, LLC r/a Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301 [via U.S. Mail].

                         **JOHNSON A. D'SOUZA, P.A.**
                         5214 SW 91st Ave, Suite # 4
                         Cooper City, Florida 33328
                         (786) 479-8575 (Telephone)
                         Email for State Court Pleadings:
                         johnsondsouzalaw@gmail.com

                         By: **/s/ Johnson Angel D'Souza**
                         Johnson Angel D'Souza, Jr., Esq.
                         Florida Bar No. 1049213
                         Email: johnsondsouzalaw@gmail.com