**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

SOREL FENELON                                    Case No.: 21-14376-SMG
                                                 Chapter 13

     Debtor.

_____/

**NOTICE OF WITHDRAWAL OF LF-97 [DE # 86]**
    COMES NOW, Debtor, by and through his undersigned counsel, and files this Notice of

Withdrawal of LF-97 [DE # 86].

    Respectfully submitted on this **4th** day of June, 2026.

                        **JOHNSON A. D'SOUZA, P.A.**
                        5214 SW 91st Ave, Suite # 4
                        Cooper City, Florida 33328
                        (786) 479-8575 (Telephone)
                        Email for State Court Pleadings:
                        johnsondsouzalaw@gmail.com

                        By: **/s/ Johnson Angel D'Souza**
                        Johnson Angel D'Souza, Jr., Esq.
                        Florida Bar No. 1049213
                        Email: johnsondsouzalaw@gmail.com