**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

In re:

SOREL FENELON                                             Case No.: 21-14376-SMG
                                                         Chapter 13

      Debtor.

_____/

## <u>NOTICE TO COURT THAT DEBTOR IS INELIGIBLE FOR DISCHARGE</u>

COMES NOW, SOREL FENELON, by and through his undersigned counsel, and files this

Notice to the Court that Debtor is ineligible for discharge and in support thereof, states as follows:

1. Debtor received a discharge in his Chapter 7 case on December 20, 2017 and reported the bankruptcy on his voluntary petition (DE # 1). Case No. 17-21515.

2. Debtor filed the instant case under Chapter 13 on May 3, 2021.

3. Because Debtor received a discharge in Chapter 7 during the 4-year period prior to filing his Chapter 13 bankruptcy, Debtor is ineligible for discharge under 11 U.S.C. 1328(f)(1).

4. The Clerk of Court entered a notice in this case that Debtor is ineligible for discharge (DE # 4) and Debtor did not contest the notice.

5. Debtor therefore cannot file the LF-97.

Respectfully submitted on this **4th** day of June, 2026.

      **JOHNSON A. D'SOUZA, P.A.**
      5214 SW 91st Ave, Suite # 4
      Cooper City, Florida 33328
      (786) 479-8575 (Telephone)
      Email for State Court Pleadings:
      johnsondsouzalaw@gmail.com

      By: **/s/ Johnson Angel D'Souza**
      Johnson Angel D'Souza, Jr., Esq.
      Florida Bar No. 1049213
      Email: johnsondsouzalaw@gmail.com