UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA - FORT LAUDERDALE DIVISION

IN RE:

SOREL FENELON,

                                CASE NO.: 21-14376-SMG
                                CHAPTER 13
                                JUDGE SCOTT M GROSSMAN

      Debtor(s).

_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

*Subject Property:4109 NW 78TH WAY, CORAL SPRINGS, FL 33065*

**PLEASE TAKE NOTICE** that the undersigned counsel is appearing on behalf of U.S. Bank Trust National Association, not in its individual capacity, but solely as Trustee of LSF10 Master Participation Trust in the above-captioned case, and requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be provided to and served upon the undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, Section 1109(b) of the Bankruptcy Code, and the Local Rules of this Bankruptcy Court.

It is respectfully requested that pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix:

DIAZ ANSELMO & ASSOCIATES, P.A.
P.O. BOX 19519
FORT LAUDERDALE, FL 33318

                               By: /s/ Ida Moghimi-Kian
                               Ida A. Moghimi-Kian
                               Florida Bar No. 56395
                               Diaz Anselmo & Associates, P.A.
                               **Attorneys for Creditor**
                               P.O. BOX 19519
                               Fort Lauderdale, FL 33318
                               Phone: (954) 564-0071
                               Fax:  (954) 564-9252
                               imoghimi-kian@dallegal.com

File No. 1492-234888

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this day, June 4, 2026, a copy of the foregoing was served

via the court's ECF system on these entities and individuals who are listed on the Court's Electronic

Mail Notice List:

JOHNSON ANGEL D'SOUZA
ELIAS LEONARD DSOUZA
950 SOUTH PINE ISLAND ROAD
SUITE A-150
PLANTATION, FL 33324
*Attorney for Debtor(s)*

ROBIN R. WEINER
PO BOX 559007
FT. LAUDERDALE, FL 33355
*Trustee*

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
51 S.W. 1ST AVE. SUITE 1204
MIAMI, FL 33130
*U.S. Trustee*

And by regular U.S. Mail, postage pre-paid on:

SOREL FENELON
4109 NW 78TH WAY
CORAL SPRINGS, FL 33065-1930
*Debtor(s)*

By: /s/ Ida Moghimi-Kian
Ida A. Moghimi-Kian
Florida Bar No. 56395
imoghimi-kian@dallegal.com